IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTON WILLIAM ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:22cv00413 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| U.M. COLLINS, *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) |         United States District Judge |
| Defendants. | ) | |

Plaintiff Anton William Alexander, a former inmate proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. After filing the action, Alexander advised the court that he had been released from incarceration. (*See* ECF No. 33.) By order entered December 27, 2022, the court advised Alexander that, because he was no longer an inmate, he would not be allowed to pay the filing fee in installments under the Prison Litigation Reform Act. (*See* ECF No. 34.) The court ordered Alexander to pay the balance of the filing fee or otherwise respond to the order within 10 days. (*Id.*) The court warned Alexander that failure to pay the filing fee or otherwise respond to the order would result in immediate dismissal of the action without prejudice. (*Id.*) On January 23, 2023, the court directed Alexander to show cause why this case should be dismissed for failure to respond to the court's December 27, 2022 order. (*See* ECF No. 44.) The court warned Alexander that failure to respond would result in dismissal of this case without prejudice. (*Id.*) Alexander did not respond to the court's order. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to the parties.

**ENTERED** this 16th day of February, 2023.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE